UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
OSCAR FLORES,　　　　　　　　　　　　　　　　Case No.: 25-cv-03130-VSB

　　　　　　　*Plaintiff,*

　　-against-　　　　　　　　　　　　　　　　　　　**JUDGMENT**

336 PUB, INC., d/b/a FITZGERALD'S PUB,
DENIS FITZGERALD, and DENIS FITZGERALD, JR.

　　　　　　　*Defendants.*
-------------------------------------------------------------------X

　　　　**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Oscar Flores ("Plaintiff") on September 9, 2025; it is

　　　　**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs and against Defendants, 336 PUB, INC., d/b/a FITZGERALD'S PUB, DENIS FITZGERALD, and DENIS FITZGERALD, JR jointly and severally, in the amount of forty-three thousand dollars ($43,000.00), inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated: New York, New York

**SO ORDERED:**

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Date: September 11, 2025